IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
DERRICK LAWAYNE DANIELS,    )
                            )
     Plaintiff,             )
                            )    CIVIL ACTION NO.
     v.                     )     2:23cv544-MHT
                            )         (WO)
SGT. SALTER,                )
                            )
     Defendant.             )
```

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, an inmate, filed this lawsuit complaining that he was stabbed by another inmate at Elmore Correctional Facility after the defendant correctional officer ignored his request for protection from his enemies.  This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed without prejudice.  There are no objections to the recommendation.  After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 28th day of June, 2024.

                                              /s/ Myron H. Thompson  
                                        **UNITED STATES DISTRICT JUDGE**