```
    IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

       MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


DERRICK LAWAYNE DANIELS,    )
                            )
    Plaintiff,               )
                            )       CIVIL ACTION NO.
    v.                       )        2:23cv544-MHT
                            )             (WO)
SGT. SALTER,                 )
                            )
    Defendant.               )
```

**JUDGMENT**

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (Doc. 17) is adopted.

(2) This lawsuit is dismissed without prejudice for failure to comply with a court order to pay an initial partial filing fee and failure to prosecute.

No costs are taxed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment

pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 28th day of June, 2024.

                                      /s/ Myron H. Thompson
                                  **UNITED STATES DISTRICT JUDGE**